UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARIS DELONG, a/k/a Karis Copper,<br><br>Defendant. | No. CR-13-014-RMP-2<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY |

Before the Court is Defendant, Karis DeLong's Unopposed Motion to Modify Conditions of Release. ECF No. 201. Good cause appearing therefor;

**IT IS ORDERED** that the Motion to Modify Conditions of Release, **ECF No. 201,** is **GRANTED**. The requirement that states that the Defendant shall remain in the Eastern District of Washington is modified for the purpose of training and/or employment related travel.

Defendant is authorized to travel outside the Eastern District of Washington, to include Washington, Oregon and Idaho, with **prior** approval of the U.S. Probation Office, at their discretion, for purposes of employment and training activities.

All other terms and conditions of her release will remain in full force and effect.

DATED October 8, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY - 1