Case 2:13-cr-00014-RMP    Document 274    Filed 02/21/14

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARIS DELONG,<br><br>Defendant. | No. 2:13-CR-014-RMP-2<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, ECF No. 270.  The Defendant is requesting to be allowed to travel outside the Eastern District of Washington at the discretion of Pretrial Services.

Assistant U.S. Attorney on this matter, Christopher E. Parisi, has no objection to the modification, and would leave any travel plans to the discretion of the U.S. Probation Office.  Nathan Uhlorn, Defendant's Probation Officer was notified of this Motion and has no objection.

**IT IS ORDERED** that the Motion, **ECF No. 270,** is **GRANTED.** Defendant may travel outside the Eastern District of Washington, with prior approval of Pretrial Services, and at the discretion of Pretrial Services.

Defendant shall continue to abide by other conditions of release previously set.

DATED February 21, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1